UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELANIE SCHMALZ, | |
| Plaintiff. | Case No. 1:24-cv-04410 |
| v. | |
| TK BEHAVIORAL, LLC. | Hon. Andrea R. Wood |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 29, 2024 Order [Dkt. 15], the Parties submit the following Joint Status Report:

1. **Discovery Progress:** Plaintiff has responded to Defendant's written discovery requests. Defendant is in the process of evaluating the discovery responses and will work amicably to resolve any potential discovery disputes. Defendant is in the process of responding to Plaintiff's written discovery requests. The Parties will be issuing deposition notices in very short order and are on pace to complete discovery by the January 10, 2025 discovery deadline.

2. **Settlement and Referrals**

    A. **Status of Settlement Discussions**: The Parties have engaged in settlement discussions and will continue to explore settlement in good faith.

    B. **Settlement Conference**: The Parties may be requesting a settlement conference after fully completing written discovery and resolving any

1

discovery disputes that may arise.

3. **Need for Status Hearing:** None at this time. The Parties will file appropriate papers if any need for Court intervention is required.

Date: September 30, 2024            Respectfully submitted,

*/s/ Mohammed O. Badwan*                         */s/ Mark W. Peters*
Mohammed O. Badwan                           Phillip M. Schreiber (ARDC #6209973)
SULAIMAN LAW GROUP LTD.                HOLLAND & KNIGHT, LLP
2500 South Highland Ave.                       150 North Riverside Plaza
Suite 200                                                         Suite 2700
Lombard, Illinois 60148                         Chicago, IL 60606
(630) 575-8180 (phone)                         (312) 715-5784
mbadwan@sulaimanlaw.com               phillip.schreiber@hklaw.com
*Counsel for Plaintiff*

                                                                 Mark W. Peters (TN BPR # 018422)
                                                                 Arianna Robbins (TN BPR #040220)
                                                                  (*Pro Hac Vice*)
                                                                  511 Union Street, Suite 2700
                                                                  Nashville, TN 37219
                                                                  (615) 244-6380
                                                                  markwpeters@hklaw.com
                                                                  arianna.robbins@hklaw.com
                                                                  *Counsel for Defendant*