UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELANIE SCHMALZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:24-cv-04410 |
| | ) | |
| v. | ) | |
| | ) | |
| TK BEHAVIORAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Melanie Schmalz, and Defendant, TK Behavioral,

LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with

prejudice and without the right to refile or reinstate. Each party shall bear its or her own attorney's

fees, costs, and expenses.

Dated this 20th day of January 2025.

AGREED TO BY:

*/s/ Peyton Paschke*
Peyton Paschke, Esq.
Mohammed Badwan, Esq.
**Sulaiman Law Group Ltd**.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 ext. 116
ppaschke@sulaimanlaw.com
mbadwan@sulaimanlaw.com

*Counsel for Plaintiff*

*/s/ Arianna Robbins*
Phillip M. Schreiber (ARDC #6209973)
HOLLAND & KNIGHT, LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606
(312) 715-5784
phillip.schreiber@hklaw.com

Mark W. Peters (TN BPR # 018422)
Arianna Robbins (TN BPR #040220) (*Pro Hac Vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
markwpeters@hklaw.com
arianna.robbins@hklaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January 2025, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Peyton Paschke*
Peyton Paschke, Esq.